IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 NOV 22  PM 2:10

DEPUTY CLERK _____

| | | |
|---|---|---|
| HUGO GOMEZ-BARRIENTOS | § | |
| | § | |
| v. | § | 2:16-CV-003 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION and
DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE**

Came for consideration the motion to vacate, set aside, or correct sentence by a person in federal custody filed by defendant HUGO GOMEZ-BARRIENTOS. On November 4, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion be denied. No objections to the Report and Recommendation have been filed as of this date.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence filed by defendant is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this _____22nd_____ day of November 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE